ECF No 63

PROB 12C
(6/16)

Report Date:  May 6, 2026

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eric Kyle Nevue               Case Number: 0980 2:13CR00027-TOR-1

Address of Offender: ██████████████ , Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 12, 2013

| | |
|---|---|
| Original Offense: | Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A), (b)(1) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 180 months TSR - Life | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: October 6, 2025 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: Life |

### PETITIONING THE COURT

To issue a summons

On October 6, 2025, an officer with the U.S. Probation Office met with the offender and reviewed the judgment and conditions of supervision with him. The offender signed a copy of the judgment and conditions, indicating an understanding of such. A copy was provided to the offender as signed.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #19**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other forms that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2).  Neither shall you enter nor frequent any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You shall not utilize any sex-related adult telephone numbers.  The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, and credit cards. |

**Supporting Evidence**: Mr. Nevue allegedly violated the above-stated condition on or about December 18, 2025, by possessing sexually explicit depictions of adults.

On December 18, 2025, U.S. probation officers conducted a search of Mr. Nevue's residence and located an unapproved smart phone. This device, as well as another were seized. Both devices were turned over to the U.S. Secret Service (USSS) on December 19, 2025, for digital forensic examination.

**Prob12C**
**Re: Nevue, Eric Kyle**
**May 6, 2026**
**Page 2**

On December 22, 2025, Mr. Nevue met with a probation officer in the Spokane probation office. During this contact Mr. Nevue stated he had adult pornography on the unapproved device.

On May 1, 2026, USSS sent the undersigned a completed digital forensic examination report (DF Number 2026-0000986). This report explained that on Item #2, the unapproved device, photos of penises and sexualized photos of adults were located. The report goes on to state there were artifacts related to Grinder. Grinder is a dating platform advertised for homosexuals. Messages sent using the Grinder app, by user "Eric," were found to be highly sexualized. Some of the chat samples in the report talk about sexual acts, details about penises, and public locations to perform sexual acts in the community.

**Special Condition #25**: You must not possess and/or use computers, other electronic communications or data storage devices or media, that can receive, store, or otherwise possess materials with depictions of "sexually explicit conduct" (as defined by 18 U.S.C. § 2256(2)) involving children, or "actual sexually explicit conduct" (as defined by 18 U.S.C. § 2257(h)(1)) involving adults. Except that you may, with the advance approval of the probation officer, use a computer in connection with authorized employment.

**Supporting Evidence**: Mr. Nevue allegedly violated the above-stated condition on or about December 18, 2025, by possessing a smart phone for personal use without advanced approval.

On December 18, 2025, the undersigned noted messages logged by computer monitoring software that indicated Mr. Nevue may be in possession of an unauthorized device. The undersigned, along with other U.S. probation officers, subsequently conducted a search of Mr. Nevue's residence. During the course of this search, Mr. Nevue admitted to possessing an unapproved smart phone and indicated it could be found in his backpack in the kitchen. This device, as well as another were seized. Mr. Nevue provided the pass code for the devices. Both devices were turned over to the USSS on December 19, 2025, for digital forensic examination. The devices are indicated as Items #1 and #2 in a digital forensic examination report (DF Number 2026-0000986) sent to the undersigned on May 1, 2026.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | 05/06/2026 |
| | s/Nic Olson |
| | Nicolas Olson<br>U.S. Probation Officer |

Prob12C
**Re: Nevue, Eric Kyle**
**May 6, 2026**
**Page 3**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the
        case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

May 14, 2026
_____
Date