PROB 12C
(6/16)

Report Date: October 8, 2026

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2026

SEAN F. McAVOY, CLERK

ECF No. 79

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eric Kyle Nevue

Case Number: 0980 2:13CR00027-TOR-1

Address of Offender: No Fixed Address

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 12, 2013

Original Offense: Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A), (b)(1)

Original Sentence: Prison - 180 months
TSR - Life

Type of Supervision: Supervised Release

Asst. U.S. Attorney: Ann Wick

Date Supervision Commenced: October 6, 2025

Defense Attorney: Zachary Cain

Date Supervision Expires: Life

## PETITIONING THE COURT

To issue a summons.

On October 6, 2025, a U.S. probation officer met with the offender and reviewed the judgment and conditions of supervision. A copy of these conditions was provided to the offender. A copy of the judgment was signed as reviewed, acknowledging the review and receipt of such.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: On September 4, 2026, Mr. Nevue reported he would be starting employment on September 9, 2026. On September 10, 2026, the undersigned met with Mr. Nevue who again reported having started new employment on September 9, 2026.

On September 11, 2026, the undersigned contacted the employer. The employer was able to confirm that Mr. Nevue had been hired, but that his start date was September 14, 2026.

The undersigned contacted Mr. Nevue on September 14, 2026, to confront him about the discrepancy in the reported start date. Mr. Nevue proceeded to admit to knowingly providing false information to the undersigned.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/08/2026

s/ Nicolas Olson

Nicolas Olson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

October 20, 2026

Date